

*SM*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

JUL 02 2021

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

|  |  |  |  |
|---|---|---|---|

**ANGELA BROWN**
*Plaintiff*

)
)
)
)
)
)

$ 750,000.

**CASE NUMBER :**

*v.*

)
)
)

**JUDGE:**

**UBER**
*Defendant*

)
)
)
)
)

1:21-cv-03560
Matthew F. Kennelly
Magistrate Judge Young B. Kim

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

1.   This is a claim for violation of Plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C.§§ 1983, 1985 and 1986.

2.   The Court has jurisdiction under 28 U.S.C. .§§ 1343 and 1367.

3.   The *Plaintiff* is Angela Brown, *ProSe,* litigant of the county of Cook, of Sauk Village in the State of Illinois, hereto referred to as Brown.

4.   The *Defendant* is Uber, whose local location is of the county of Cook, at 111 North Canal Street, Chicago Illinois 60606, hereto referred to as Uber.

5.   Uber, required and preformed an employment background check on Brown, in October 2016, as a driver for the Defendant Uber.

6.   Defendant Uber hired Brown to drive and later retaliated & terminated her because of her color.

7.   The Defendant Uber discriminated against Brown in July 2017, by informing her that *"Because you are black your values do not align with our standards so you have been terminated".*  Due to the Plaintiff notifying Uber their passenger had just raped her (see EXHIBIT D & F).

8. The Defendant Uber is not a federal agency, and the Plaintiff has not filed any charges against the Defendant asserting the acts of discrimination indicated in this complaint with any agency.

9. The United States Equal Opportunity Commission has not issued a Notice of Right to Sue.

10. The Defendant Uber discriminated against the Plaintiff because of the Plaintiff's Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981) and Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

11. Jurisdiction over the statutory violation alleged is conferred as follows for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C. §1988; for the ADA by 42 U.S.C. §12117; for the Rehabilitation Act, 29 U.S.C.§791; and for the ADEA, 29 U.S.C. §626(c).

12. The Defendant Uber terminated Browns services(employment) and retaliated against Brown because she did something to assert rights as protected by laws identified in paragraphs 10 above, Brown alerted authorities. Defendant Uber neglected to provide a panic button for emergencies which could have avoided Brown being a victim of sexual battery.

13. Brown earned 86% of 5 star rating as of March 2017 ( EXHIBIT A) . By May Brown had worked and earned a congratulatory award from the Defendant Uber ( EXHIBIT B) for completing 1000 rides. EXHIBIT C, demonstrates Brown's weekly pay the month prior and the month following her termination. EXHIBIT D, demonstrates last emailed communication from Uber. EXHIBIT E is three pages and demonstrates Uber's requested confidentiality agreement for Brown to sign that was attached to exhibit D email. EXHIBIT F, demonstrates a court subpoena for the sexual battery conviction of Defendant Uber's passenger against Plaintiff victim Brown.

14. Defendant acted knowingly, intentionally, willfully and maliciously.

15. The Plaintiff demands that the case be tried by a jury.

16. **WHEREFORE,** Plaintiff asks for the following relief:

A. An award of $750,000., for damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage.

B. Grant any other relief as the Court may find appropriate.

_____        7-2-2021
Angela Brown, *ProSe*          DATE

Angela Brown
21757 Peterson
Sauk Village, IL. 60411
(512) 516-7032

# EXHIBIT A

# 4.69

Your riders rate trips on a scale of 1-5 stars.
Your rating is the average of riders' ratings
from your last 500 rated trips.

| | |
|---|---|
| 5 | 86% |
| 4 | 7% |
| 3 | 3% |
| 2 | 0% |
| 1 | 4% |

# EXHIBIT B

11:19 AM                    Edit

CONGRATULATIONS,
ANGELA

YOU RECENTLY COMPLETED 1k
TRIPS

1000

You work hard to bring riders to the places and
people that matter most to them. Each time you
reach a milestone it represents all that you've
accomplished and contributed to your city.

# EXHIBIT C

| | |
|---|---|
| Aug 7 – 14 | $0.0 |
| Jul 31 – Aug 7 | $0.00 |
| Jul 24 – 31 | $0.00 |
| Jul 17 – 24 | $12.65 |
| Jul 10 – 17 | $0.00 |
| Jul 3 – 10 | $122.08 |
| Jun 26 – Jul 3 | $309.09 |
| Jun 19 – 26 | $358.47 |
| Jun 12 – 19 | $329.40 |
| Jun 5 – 12 | $297.91 |
| May 29 – Jun 5 | $257.77 |

# EXHIBIT D



# EXHIBIT E

## RECITALS:

**Whereas**, the parties acknowledge and agree that at the time of the Occurrence, Angela Brown was acting as an independent third-party transportation provider, and was not, nor has she ever been, an affiliate, employee, agent, or joint venturer of Rasier, LLC and/or Uber Technologies, Inc. (referred to hereafter collectively as "Uber");

**Whereas**, Uber denies any and all liability to Angela Brown and believes that it possess strong legal defenses to any liability; further, no party admits or acknowledges the existence of any wrongdoing;

**Whereas**, it is the intent and agreement of the parties to this Agreement that no payment made to Angela Brown is to be construed as a payment for lost wages or for reimbursement of any expenses incurred as a result of the Occurrence, as Angela Brown is not an employee of Uber's;

**Now**, therefore, in consideration of the mutual promises and covenants contained herein and other good and valuable consideration, the sufficiency of which is hereby acknowledged, the parties agree as follows,

## TERMS AND CONDITIONS:

It is understood and agreed the payment made is not to be construed as an admission of liability.

# EXHIBIT E

Angela Brown further declares and represents that no promise, inducement or agreement not herein expressed has been made to her, and that this Agreement contains the entire agreement between the parties hereto, and that terms of this Agreement are contractual and not a mere recital.

Whenever possible, all terms and provisions of this Agreement shall be interpreted in such manner as to be effective and valid, but if any term or provision is held to be prohibited or invalid, such term or provision shall be ineffective only to the extent of such prohibition or invalidity, without invalidating the remainder of such provision or any of the other remaining terms or provisions of this Agreement.

**CONFIDENTIALITY: Reading this document in its entirety, signing this document below and accepting the $100 payment for consideration of this confidentiality clause demonstrates Angela Brown's full and complete understanding that Confidentiality is a material part of this Agreement for which was discussed.** Angela Brown shall keep the terms and conditions of this Agreement completely confidential, including the fact of the payment itself. Angela Brown will not, except to the extent required by law, voluntarily disclose any information concerning these terms to anyone except her legal counsel (if applicable) and accounting or financial advisors provided they first agree to keep the information confidential and not disclose it to others. Should any of the parties to this Agreement receive an inquiry regarding the settlement or facts giving rise to same, he or she shall respond by saying only, **"The matter was resolved."**

This Confidentiality provision is independent of all other terms or provisions of this Agreement. Any breach of this Confidentiality provision shall not abridge, affect, breach, discharge, impair, void or waive any other terms or provisions of this Agreement, or any other right or obligation under this Agreement, all of which shall survive and remain in full force and effect notwithstanding any breach of this Confidentiality provision. One hundred dollars ($100.00) of the total payment amount set forth above is intended and accepted as separate and specific consideration for the confidentiality agreement contained herein.

**GOVERNING LAW:** All rights arising under this Agreement, and all disputes and controversies arising from or in connection with this Agreement, shall be governed by and determined in accordance with the internal substantive and remedial laws of the **State of Florida** only, and without regard for any of any choice of laws rules.

**FINAL AND ENTIRE AGREEMENT:** This Agreement contains three (3) pages, including the signature pages, and it expresses the parties' final and entire agreement with respect to the subjects of this Agreement.

**COMPREHENSION OF DOCUMENT AND SIGNATURE:** The terms of this Confidential Agreement have been completely read by Angela Brown, and are **fully understood and voluntarily accepted by her.** Angela Brown further states that she is over the age of 18

# EXHIBIT E

Cancel        **1 of 1**

years; that she has carefully read the foregoing Agreement, and knows the contents thereof, and that she signs it as her own free act. An electronically produced copy of this Agreement will have the same effect as the original.

**THE UNDERSIGNED HAS READ THE FOREGOING AGREEMENT AND FULLY UNDERSTANDS IT.**

_____        _____

**Angela Brown**               **Date**

# EXHIBIT F

Bernie McCabe
State Attorney

Post Office Box 5028
Clearwater, FL 33758
Telephone (727)464-6221

Office Of
S T A T E    A T T O R N E Y
Sixth Judicial Circuit of Florida
In and For Pinellas and Pasco Counties

04/09/18

ANGELA BROWN
CONFIDENTIAL
CLEARWATER, FL 33756

RE: STATE OF FLORIDA
vs.
MUELLER, SANDRO

Case No. : 17-14527-CF - Section C
Charge(s): SEXUAL BATTERY

Dear Sir or Madam:

Our files reflect that you are interested in the above styled case. This letter is to advise you that a PRE-TRIAL hearing is scheduled for April 30, 2018 at 8:30 AM.

The attached page further defines the types of hearings and possible outcomes for those hearings. Please review the information regarding the PRE-TRIAL hearing type.

**UNLESS YOU ARE SERVED WITH A SUBPOENA, ATTENDANCE IS OPTIONAL.** If you plan to attend, **please arrive a half hour prior to the above noted time and** bring this letter with you to the receptionist at the STATE ATTORNEY'S OFFICE, PINELLAS COUNTY JUDICIAL COMPLEX ROOM 1000, 14250 49TH ST. N., CLEARWATER, FL, 33762. You will then be escorted to the appropriate courtroom by a Victim/Witness counselor. APPROPRIATE DRESS IS REQUIRED.

If you have any questions, please contact our Victim/Witness Coordinators at (727) 464-6090.

Very truly yours,

BERNIE McCABE, State Attorney
Sixth Judicial Circuit of Florida

By CHRISTIE ELLIS
Assistant State Attorney

V1823435